AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JOSHUA KRAWCZYK<br><br>Defendant. | )<br>)<br>)  Case No. 5:26-mj-00003(TWD)<br>)<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of July 30, 2024 in the county of Jefferson in the Northern District of New York the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Distribution of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit

☒   Continued on the attached sheet.

*(signed)* Martin Baranski
Complainant's signature

Martin Baranski, Special Agent
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: January 8, 2026

*(signed)*
Judge's signature

City and State:  Syracuse, New York

Hon. Thérèse Wiley Dancks, U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**AFFIDAVIT IN SUPPORT
OF A CRIMINAL COMPLAINT AND
ARREST WARRANT**

I, Martin Baranski, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of a criminal complaint and arrest warrant charging Joshua KRAWCZYK ("KRAWCZYK") with violating 18 U.S.C. § 2252A(a)(2)(A) (distribution of child pornography) (the "Subject Offense"), as more fully described below.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since May 2018. I have conducted and participated in numerous investigations of criminal activity, including but not limited to criminal violations relating to the sexual exploitation of minors and the possession, receipt and distribution of child pornography, in violation of 18 U.S.C. §§ 2251 and 2252A. During the investigation of these cases, I have participated in the execution of search warrants and seized evidence of these violations, including electronic evidence. I have also previously served on numerous occasions as the affiant for such search warrants. In addition, I have received formal training in investigations of child pornography and child exploitation offenses.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. Rather, I have set forth only those facts that I

believe are necessary to establish probable cause to believe that KRAWCZYK has committed the Subject Offense.

## PROBABLE CAUSE

4. On February 27, 2025, Army Criminal Investigation Division ("CID") received an online tip regarding SPC JOSHUA KRAWCZYK, a soldier stationed at Fort Drum, New York. The tip was submitted by Witness 1 (W1), residing in Calcium, New York (Jefferson County).

5. W1 reported that her daughter and daughter's friends, all of whom are approximately 15 years old and in high school, received sexually explicit messages on Snapchat from a U.S. Army soldier. Based on the information submitted by W1, Army CID determined that the U.S. Army soldier was KRAWCZYK and opened an investigation.

6. The investigation revealed that KRAWCZYK had been in communication over the Internet with several minors, including Victim 1 (V1), a 16-year-old female child in Oswego County.

7. On March 8, 2025, Army CID interviewed KRAWCZYK and executed a search warrant on his barracks. Army CID seized electronic devices from KRAWCZYK, including a computer and a new Apple iPhone 16. KRAWCZYK generally denied all allegations regarding his online and in-person interactions with minor females. Per Army CID, KRAWCZYK appeared to have discarded his old phone (Apple iPhone 12) on which it is believed he was corresponding with V1.

8. On May 9, 2025, Army CID interviewed V1 who confirmed sending sexually explicit images of herself to KRAWCZYK at KRAWCZYK's direction. V1 also disclosed meeting

in person and engaging in sexual conduct with KRAWCZYK. V1 said that when she later tried to break off the relationship, KRAWCZYK threatened to kill V1 and V1's family.

9. Army CID performed a consent search of the mobile phone that V1 used to communicate with KRAWCZYK and obtained an extraction of V1's mobile phone based on the consent search.

10. The extraction of V1's mobile phone was shared with your affiant. A review of the extraction confirms text messaging between V1 and KRAWCZYK from on or about May 21, 2024, until approximately August 27, 2024. The text messaging was frequently sexual in nature. The content of the messaging corroborates that V1 and KRAWCZYK met in person, and also that they communicated separately on Snapchat. The text messages confirm that V1 shared her true age of 16 years old with KRAWCZYK during the messages, including on or about June 26, 2024.

11. On January 6, 2026, V1 was interviewed by an FBI child/adolescent forensic interviewer. V1 stated in sum and substance that she sent numerous sexually explicit images to KRAWCZYK on Snapchat during the time they were communicating. V1 said KRAWCZYK requested the images from V1, directed V1 as to the content of the images he wanted her to produce for him, and that the sexually explicit images V1 sent to KRAWCZYK were produced specifically for him at his direction.

12. The recovered communications show that on July 30, 2024, KRAWCZYK and V1 argued over text message, with KRAWCZYK accusing V1 of seeing other guys. During the text argument, KRAWCZYK wrote to V1: "God good thing I saved your nudes." The two continued to argue for several minutes. Four minutes after KRAWCZYK texted that he had saved V1's nudes, the following exchange took place:

3

| | |
|---|---|
| KRAWCZYK: | I hate you. |
| V1: | Then block me. |
| KRAWCZYK: | Have your addy[1] too bitch |
| KRAWCZYK: | [sends two image files: **IMG_1151** which depicts V1 fully nude in the shower with her buttocks and breasts exposed, and **IMG_1135** which shows V1 fully nude from behind, depicting the lascivious exhibition of her anus and vagina.] |
| V1: | Your psychotic I'm 16 |
| V1: | Your 22 |
| KRAWCZYK: | Now u play the victim card typical |
| V1: | Your saying you don't want anything with me and calling me these names then block me dude |
| KRAWCZYK: | I want to fuck you and hold you slut that's it that's all |
| V1: | I don't want to |
| V1: | So leave me alone |
| KRAWCZYK: | Ready to be a victim |
| KRAWCZYK: | Gets me off thinking bout it |
| V1: | Tf are you talking about |
| V1: | Just block me bro |
| KRAWCZYK: | Ik your addy |
| V1: | What are you gonna do pull up? I got cameras |
| V1: | And guns in the house so |
| KRAWCZYK: | Don't make me kill mommy and daddy too |

---

[1] Address

4

KRAWCZYK:        I just want what's mine

13.    During the January 6th interview, V1 was shown the images described above that were distributed to her by KRAWCZYK. V1 confirmed that the images are of her, and that she produced them at the request of KRAWCZYK. V1 recalled sending the images to KRAWCZYK over Snapchat. [Note that Army CID obtained a search warrant for KRAWCZYK's Snapchat accounts but no images of V1 were recovered. The absence of the images in the Snapchat return is not unusual, as there are features in Snapchat that allow users to set images to self-destruct or disappear after a period or immediately upon viewing. Minors often use that feature of Snapchat to protect themselves while sending sexually explicit material. Further, the text messages between KRAWCZYK and V1 show that he often deleted and then reinstalled Snapchat.]

## CONCLUSION

14.    Based on the aforementioned facts, there is probable cause to believe KRAWCZYK committed the Subject Offense.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

_____
Martin Baranski, Special Agent

I, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by videoconference on January 9, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
Hon. Thérèse Wiley Dancks
United States Magistrate Judge

5