IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re . . .**<br>**Criminal Complaint** | ) Criminal No.    5:26-mj-00003 (TWD)<br>)<br>) **Unsealing Order**<br>)<br>)<br>)<br>)<br>) |

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York ["NDNY"], has applied to the Court to unseal the following document: Criminal Complaint filed on January 8, 2026 in 5:26-MJ-0003 (TWD). The reasons provided for the sealing of such document are no longer applicable.

Accordingly, it is hereby ordered that the following document: Criminal Complaint filed on January 8, 2026 in 5:26-MJ-0003 (TWD) is unsealed.

IT IS SO ORDERED.

Dated and entered this _____13th_____ day of January, 2026.

_____
Hon. Thérèse Wiley Dancks
United States Magistrate Judge