# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Albany Office

54 State Street
Suite 310
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

Eric Schillinger, Federal Public Defender
Emma Reynolds, First Assistant

January 13, 2026

Honorable Thérèse Wiley Dancks
United States Magistrate Judge
100 South Clinton Street
Syracuse, New York 13202

**RE:** **UNITED STATES v. JOSHUA KRAWCZYK**
　　　CASE NO.: 5:26-MJ-0003 (TWD)

Dear Judge Dancks:

At the initial appearance in this matter, Mr. Krawczyk advised the Court that he had retained Joseph Jordan to represent him. After court, I contacted Mr. Jordan. Mr. Jordan is not licensed to practice in the Northern District of New York. He has been retained to represent Mr. Krawczyk in military proceedings and will not represent him in federal litigation. Given this new information, please advise whether (1) the Office of the Federal Public Defender should be prepared to appear on behalf of Mr. Krawczyk at the detention hearing scheduled for January 20, 2026; or (2) Mr. Krawczyk needs to retain a different attorney to appear on his behalf for the detention hearing.

Please let me know if I can provide the Court with any further information.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　OFFICE OF THE FEDERAL PUBLIC DEFENDER


　　　　　　　　　　　　　　　　s/ *Courtenay K. McKeon*
　　　　　　　　　By:　　Courtenay K. McKeon, Esq.
　　　　　　　　　　　　　　　Assistant Federal Public Defender


cc:　　Lisa Fletcher, AUSA and Benjamin Gillis, AUSA (by ECF)
　　　　Matthew Camaroto, USPO (by email)